UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00085-JDP |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JAZZMINE CAMPBELL | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAZZMINE CAMPBELL</u> Case No. <u>2:23-mj-00085-JDP</u> Charges <u>21 USC § 846 and 841(a)(1)</u> from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

   X     Unsecured Appearance Bond $   <u>100,000.00 co-signed by Cameron Woods and Jonathan Campbell</u>

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): \_\_

Issued at Sacramento, California on June 7, 2023 at 2:00 PM

Dated:  June 7, 2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE